UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRADEN NIEPORT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DJB BINGEN, LLC, d/b/a McDonald's of Bingen and DJB GOLDENDALE, LLC, d/b/a McDonald's of Goldendale,<br><br>　　　　　Defendants. | NO: 1:17-CV-3140-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Order of Dismissal (ECF No. 18). The parties have stipulated to entry of an Order dismissing all claims with prejudice and without an award of costs or attorney fees to either party.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims in this suit are **DISMISSED** with prejudice and without costs or attorney fees to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

All remaining deadlines, hearings and trial are **VACATED**.

The District Court Executive is hereby directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED October 31, 2018.



*Thomas O. Rice*
THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2