# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| BRADEN NIEPORT<br>*Plaintiff*<br>v.<br>DJB BINGEN, LLC, d/b/a McDonald's of Bingen<br>and DJB GOLDENDALE, LLC,<br>d/b/a McDonald's of Goldendale,<br>*Defendant* | Civil Action No. 1:17-CV-3140-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: All claims in this matter are DISMISSED with prejudice and without costs or attorney fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on the parties' Stipulation for Order of Dismissal ECF No. 18.

Date: October 31, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen